## JOSEPH CAMPAU
v.
## JOHN R. WILLIAMS

1807

### JOURNAL ENTRIES

1. Certiorari and bond ordered . . . . . . *Journal, infra,* \*p. 55
2. Jurors; verdict; judgment . . . . . . . . . . " 88

### PAPERS IN S. C. FILE

1. Copy of district court record . . . . . . . . . . .

### PAPERS IN D. C. FILE

1. Declaration . . . . . . . . . . . . *Printed in Vol. 2*
2. Plea of payment . . . . . . . . . . "
3. Subpoena for Toussaint Campau · . . . . . . . . .
4. Subpoena for Toussaint Campau and Dennis Campau . . . . .
5. Subpoena for Toussaint Campau . . . . . . . . . .